■ In the Matter of ROLAND H., a Person Alleged to be a Juvenile Delinquent, Appellant. [816 NYS2d 460]—

Order, Family Court, New York County (Mary E. Bednar, J.), entered on or about November 10, 2005, which, after a violation of probation hearing, revoked appellant's probation and placed him in the custody of the New York State Office of Children and Family Services for a period of 12 months, unanimously affirmed, without costs.

The court's determination that appellant violated the terms and conditions of his probation to an extent warranting revocation is supported by a preponderance of the evidence (*see Matter of Alpheaus M.*, 168 AD2d 208 [1990]), which included evidence properly received as admissions by appellant. The evidence established that appellant violated his probation by being discharged from a counseling program because of nonattendance, and that appellant understood that attendance at the program was a special condition of his probation. Appellant's excuses for his lack of attendance are without merit. Concur—Mazzarelli, J.P., Andrias, Nardelli, Gonzalez and Malone, JJ.